## EDWARD BURNS v. LEHIGH VALLEY RAILROAD COMPANY.

Submitted December 9, 1907—Decided March 2, 1908.

On error to the Supreme Court.

For the plaintiff in error, *George S. Hobart.*

For the defendant in error, *Hamill & Egan.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated by Justice Pitney, in the opinion filed in the court below, reported in 45 *Vroom* 120.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, REED, PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL, J.J.   11.

*For reversal*—None.